Cite as 2020 Ark. 258

# SUPREME COURT OF ARKANSAS

|  |  |
| --- | --- |
| IN RE RETIREMENT OF LARRY BRADY | **Opinion Delivered:** June 18, 2020 |

## PER CURIAM

The court extends its sincere appreciation to Mr. Larry Brady, Director of the Legal Services Division for the Administrative Office of the Courts, who is retiring after twenty-five years of service. Mr. Brady began his service to this court as a law clerk for Justice George Rose Smith in 1981. We recognize him for his years of dedicated service to this court and in staffing the many committees of the court. He has served this court admirably and the court offers to him best wishes for an active and fulfilling future.